**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 00-30475
Summary Calendar

GLEN S. JACKSON,

Plaintiff-Appellant,

VERSUS

SAMEDAN OIL CORPORATION, ET AL,

Defendants,

SAMEDAN OIL CORPORATION, ET AL,

Defendants-Appellees.

Appeal from the United States District Court
for the Eastern District of Louisiana
(98-CV-472-R)

February 1, 2001

Before DAVIS, JONES and DeMOSS, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is AFFIRMED essentially for the reasons assigned by the district court in its careful Order and Reasons dated January 28 and March 31, 2000.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.